**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| In   Debtor(s)<br>Re:  **New Vision Realty & Investments, Inc.** | Case No.: **21–55752–pmb**<br>Chapter:  **7** |

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on August 2, 2021. The amount needed to pay the filing fee in full is **$338.00.** Accordingly,

**IT IS ORDERED** that by August 13, 2021, the Debtor(s) shall

  pay the fee in full, the balance due being $338.00

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**
United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online–payments

If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party of interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this Order on Debtor, Debtor's counsel, and Trustee.

**SO ORDERED,** on August 3, 2021 .

Paul Baisier
United States Bankruptcy Judge

Form 436 Order Regarding Unpaid Filing Fees.
(Revised December 2020)