UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-55752-WLH |
| | : | |
| NEW VISION REALTY & INVESTMENTS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S NOTICE TO CLERK NOT TO DISMISS CASE**

During his investigation, the undersigned Chapter 7 Trustee ("**Trustee**") has identified and is investigating substantial non-exempt assets that may result in a meaningful, if not substantial, distribution to unsecured creditors in this case. Trustee respectfully requests that this case NOT BE DISMISSED due to the Debtor's failure to make filing fee installment payments and/or filing deficiencies so that Trustee can administer the assets for the benefit of unsecured creditors.

Respectfully submitted this 6th day of August, 2021.

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060