**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| NEW VISION REALTY & INVESTMENTS, INC., | ) Chapter 7 |
| | ) |
| | ) Case No. 21-55752-PMB |
| Debtor. | ) |

**DECLARATION OF STEPHEN J. TYDE, JR. IN SUPPORT**
**OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, STEPHEN J. TYDE, JR., of full age, do hereby declare and say:

1. I am a Principal – Head of Special Servicing with Toorak Capital Partners, LLC ("**Toorak**"). Toorak is responsible for administering Normandy Capital Trust, a Delaware statutory trust, by and through its trustee, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust ("**Lender**"), the Lender on a commercial mortgage loan more fully described herein (the "**Loan**"). I make this Declaration in support of Lender's Motion for Relief from the Automatic Stay. This Declaration is based on my personal knowledge and through my employment with Toorak and my review of the files and records related to this matter kept in the regular course of business. I am authorized by Lender to make this Declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of that certain Promissory Note Secured by Mortgage/Deed of Trust (the "**Note**"), dated as of November 17, 2017, made by Debtor in favor of Patch of Land Lending, LLC ("**Original Lender**"), in the original principal amount of $130,000.00.

3. Attached hereto as **Exhibit 2** is a true and correct copy of that certain Deed to Secure Debt, Assignment of Leases and Rents, Fixture Filing, and Security Agreement (the

1

"**Security Instrument**"), dated as of November 17, 2017 by Debtor in favor of Original Lender. The Security Instrument granted Original Lender a first priority lien on and security interest in certain real property, and improvements thereon, located at 2562 Meadow Lark Drive, East Point, Georgia, 30344, together with all of Debtor's personal property (the "Property"). The Security Instrument was recorded with the Clerk of the Superior Court, Fulton County, Georgia, on December 4, 2017 in Book 58228, Page 479.

4. Attached hereto as **Exhibit 3** is a true and correct copy of that certain Guaranty (the "**Guaranty**") dated as of November 17, 2017, executed by David Coleman.

5. Attached hereto as **Exhibit 4** is a true and correct copy of that certain Assignment of Mortgage, dated as of December 13, 2017 (the "**Assignment**"), assignment the Note, the Security Instrument, and the Guaranty from Original Lender to Lender.

6. The Note, the Security Instrument, the Guaranty, the Assignment, and all other documents further securing, evidencing, or executed in connection with the Loan are hereinafter referred to collectively as the "**Loan Documents**."

7. Lender is the current holder of the Loan Documents.

8. Debtor first defaulted under the Loan Documents when it failed to make the monthly payment due for September 2019 and every month thereafter.

9. Debtor was notified of its default by letter dated November 6, 2019, sent by Lender's loan servicer Cohen Financial (the "Default Letter"). A true and correct copy of the Default Letter is attached hereto as **Exhibit 5**.

10. Debtor failed to cure its defaults under the Loan Documents and Lender, pursuant to its rights under the Loan Documents, elected to accelerate the debt and foreclose on the Property.

11. Lender scheduled a foreclosure sale of the Property for March 3, 2020 (the "First Sale"). A true and correct copy of the Notice of Sale for the First Sale is attached hereto as **Exhibit 6**. Lender was forced to cancel the First Sale due to Debtor's First Bankruptcy.[1]

12. Lender scheduled a second foreclosure sale for September 1, 2020 (the "Second Sale"). A true and correct copy of the Notice of Sale for the Second Sale is attached hereto as **Exhibit 7**. Lender was forced to cancel the Second Sale due to Debtor's Second Bankruptcy.

13. Lender scheduled a third foreclosure sale for August 3, 2021 (the "Third Sale"). A true and correct copy of the Notice of Sale for the Third Sale is attached hereto as **Exhibit 8**. Lender has been forced to cancel the Third Sale due to Debtor's Third Bankruptcy.

14. Debtor remains in default under the Loan documents.

15. The total amount due and owing to Lender as of August 3, 2021 is $198,377.11.

16. Lender respectfully requests that this Court lift the automatic stay and further grant Lender *in rem* relief to permit it to move forward with the foreclosure sale of the Property.

The foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I may be subject to penalties for perjury.

Sworn to before me this 11th

day of August 2021

_____
STEPHEN J. TYDE, JR.

_____
Notary Public
NICHOLE WHITEHURST

Notary Public State of Florida
Nichole M Whitehurst
My Commission HH 055670
Expires 10/21/2024

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Motion submitted concurrently herewith.

3

79268469