**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO. 21-55752-PMB |
| | ) | |
| NEW VISION REALTY & INVESTMENTS, INC., | ) ) | CHAPTER 7 |
| | ) | JUDGE BAISIER |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| NORMANDY CAPITAL TRUST, A DELAWARE STATUTORY TRUST, BY AND THROUGH ITS TRUSTEE, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, | ) ) ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | CONTESTED MATTER |
| NEW VISION REALTY & INVESTMENTS, INC., | ) ) ) | |
| Respondent. | ) ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Normandy Capital Trust, a Delaware statutory trust, by and through its trustee, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust ("**Lender**") has filed papers with the Court seeking an Order for relief from the automatic stay pursuant to 11 U.S.C. § 362. Lender seeks this relief because Debtor filed the instant petition in bad faith with the sole purpose of delaying a foreclosure sale, Lender's interest in the Property is not adequately protected, and Debtor has no equity in the Property. Lender is also seeking *in rem* relief because

Debtor has filed multiple bankruptcy cases affecting Lender's collateral property as part of a scheme to hinder and delay Lender's legitimate collection efforts.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at 1:00 P.M. on August 30, 2021, in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response to that it is received by the Clerk before the hearing. The address of the Clerk is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This matter will appear on a Court calendar at the date and time indicated on this notice. At the call of the calendar (the "calendar call") Court staff will ask for announcements for all matters. Parties may attend the calendar call in person or on the telephone (Dial the toll-free number: 888-557-8511 and then enter the access code: 3347422). Matters that need to be heard by the Court may be heard by telephone, by video conference, or in person.

Before the day of your hearing, it is important that you review the "Open Calendar Procedures" tab on Judge Baisier's web page, which can be found at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier or under the "Information About Bankruptcy Court Hearings" link at the top of the web page for this Court, www.ganb.uscourts.gov. These web pages will provide more information on how the calendar call will be conducted for this matter, when the matter will be heard if a hearing before the Court is necessary, and whether any necessary hearing will be conducted by telephone, by video conference via Judge Baisier's Virtual Hearing Room, or in person.

If a hearing on the Motion for Relief from the Automatic Stay (the "Motion") cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: August 12, 2021

By:   */s/ Gwendolyn J. Godfrey*
    Gwendolyn J. Godfrey
    Georgia Bar No. 153004
    John R. Morris
    Georgia Bar No. 813477
    1201 West Peachtree Street NW, Suite 1100
    Atlanta, GA 30309
    Phone: (404) 253-6029
    Email: ggodfrey@polsinelli.com
          rmorris@polsinelli.com

COUNSEL FOR MOVANT

**Certificate of Service**

I, Gwendolyn J. Godfrey, certify that I am over the age of 18 and that on August 12, 2021, I served a copy of the foregoing Motion for Relief From Stay and Notice of Hearing by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Nicole Carson
The Carson Law Firm, LLC
225 Arthur Drive
McDonough, GA 30252
nicole@bk-attorneys.com
*Attorneys for Debtor-Respondent*

KRT Properties LLC
112 Andi Lane
Anderson, SC 29626

NewRez LLC
dba Shellpoint Mortgage Service
P.O. Box 10826
Greenville, SC 29603

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
*Chapter 7 Trustee*

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
*U.S. Trustee*

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd., Unit 1300-593
Atlanta, GA 30344
*Debtor-Respondent*

Dated: August 12, 2021

*/s/ Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey
Georgia Bar No. 153004
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309
Phone: (404) 253-6029
Email: ggodfrey@polsinelli.com

COUNSEL FOR MOVANT

79323920