# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 21-55752 |
| New Vision Realty & Investments, Inc., | |
| Debtor. | Judge Baisier |

## APPLICATION TO EXTEND TIME TO FILE SCHEDULES

Comes now the Debtor, New Vision Realty & Investments, Inc., by and through the undersigned counsel, and hereby requests an extension through and including August 23, 2021, in which to file the bankruptcy schedules:

1.

The Debtor filed a Chapter 7 Petition on August 2, 2021.  The deadline for filing the remaining schedules was on August 16, 2021.

2.

The 341 Meeting of Creditors is scheduled for September 1, 2021, at 12:30 PM.

3.

In support of said Motion, Counsel states that she is awaiting receipt of information necessary to prepare the remaining documents including proof of all income from the Debtor.

WHEREFORE, New Vision Realty & Investments, Inc., Debtor herein, requests an extension of time through and including August 23, 2021, in which to file the remaining schedules.

Dated:  August 16, 2021

Respectfully Submitted,

/s/ Nicole Carson\_\_\_\_
Nicole Carson
GABN 722305
The Carson Firm
225 Arthur Drive
McDonough, GA 30252
Tel: (404) 782-2347
nicole@bk-attorneys.com

## CERTIFICATE OF SERVICE

I, Nicole Carson, hereby certify that a true and correct copy of the foregoing *Application to Extend Time to File Schedules* was mailed to the persons identified in the mailing list, with adequate postage thereon, this 16th day of August 2021.

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


DATED: August 16, 2021

                          Respectfully Submitted,

                          /s/ Nicole Carson
                          Nicole Carson
                          GABN 722305
                          Attorney for Debtor