**IT IS ORDERED as set forth below:**



**Date: August 19, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 2 1 - 5 5 7 5 2 - p m b |
| New Vision Realty & Investments, Inc., | Chapter 7 |
| Debtor. | |

## ORDER

This matter arose upon Debtor's *Application to Extend Time to File Schedules* filed on August 16, 2021 (the "Motion")(Dkt. #14). In the Motion, Debtor requests entry of an order extending the deadline for filing the remaining bankruptcy schedules through and including August 23, 2021. After reviewing the motion and the representations contained herein, and for good cause shown, it is hereby

**ORDERED** the Motion is GRANTED, and the Debtor shall have through and including August 23, 2021, to file the remaining schedules as required by 11 U.S.C. §521 (a)(1).

**END OF DOCUMENT**

**Prepared and presented by:**

 /s/ Nicole Carson
Nicole Carson
GABN 722305
Attorney for Debtor
The Carson Firm, LLC
225 Arthur Drive
McDonough, GA 30252
(404) 782-2347
nicole@bk-attorneys.com


**DISTRIBUTION LIST**

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303