UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTADIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| New Vision Realty & Investments, Inc. | ) | |
| | ) | |
| Debtor. | ) | CASE NO.  21-55752 - PMB |

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW, New Vision Realty & Investments, Inc., Debtor, and ask this Court to extend the automatic stay in this bankruptcy case pursuant to 11 U.S.C § 362(c)(3)(A), and respectfully show the Court thefollowing:

1.

On August 2, 2021, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

Within one (1) year prior to filing this bankruptcy case, Debtor was in another Chapter 7 case, case number 20-69457-PMB, which was filed on August 31, 2020, dismissed on September 25, 2020, and closed on January 11, 2021.

3.

Debtor's previous case was dismissed for failure to correct filing deficiencies including the filing of all bankruptcy schedules and related documents.

4.

In the previous case, Debtor was unrepresented by an attorney and could not appear pro se or proceed with the filing of papers or representing itself without an attorney at any hearing.

5.

Since that time, Debtor has hired counsel and filed the required documents or has filed a motion to extend the time to do so.

6.

Debtor has filed the current case in a good-faith effort to successfully wind down Debtor's business affairs and facilitate the liquidation of any un-exempt assets.

7.

Pursuant to 11 U.S.C. § 362(c)(3)(A), the automatic stay will expire on the 30th day after filing of the instant case unless the stay is extended after a hearing on a Motion to Extend the Stay filed pursuant to 11 U.S.C. § 362(c)(3)(B) et seq.

8.

By virtue of 11 U.S.C. § 362(c)(3)(B) "the court may extend the [automatic] stay in particular cases as to any or all creditors (subject to such conditions or limitations as the court may then impose) after notice and hearing… if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed."

WHEREFORE, Debtor seeks an Order from the Court, after notice and hearing, as follows:

a) Extending the Automatic Stay beyond the initial 30-day period;

b) For such relief as this Court may deem just and appropriate.

Respectfully submitted,
THE CARSON FIRM

_____/s/_____

Nicole Carson
Georgia Bar Number 722305
225 Arthur Drive
McDonough, GA 30252
(404) 782-2347
nicole@bk-attorneys.com
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                    )    CHAPTER 7
New Vision Realty & Investments, Inc.                     )
                                                          )
        Debtor.                                           )    CASE NO.  21-55752 - PMB

**NOTICE OF HEARING**

        PLEASE TAKE NOTICE that New Vision Realty & Investments, Inc. has filed a Motion to Extend Automatic Stay and related papers with the Court seeking an order extending the automatic stay.

        PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Extend Automatic Stay at 1:10 P.M. on August 30, 2021, in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

        This matter will appear on a Court calendar at the date and time indicated on this notice. At the call of the calendar (the "calendar call") Court staff will ask for announcements for all matters. Parties may attend the calendar call in person or on the telephone (Dial the toll-free number: 888- 557-8511 and then enter the access code: 3347422). Matters that need to be heard by the Court may be heard by telephone, by video conference, or in person.

        Before the day of your hearing, it is important that you review the "Open Calendar Procedures" tab on Judge Baisier's web page, which can be found at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier or under the "Information About Bankruptcy Court Hearings" link at the top of the web page for this Court, www.ganb.uscourts.gov. These web pages will provide more information on how the calendar call will be conducted for this matter, when the matter will be heard if a hearing before the Court is necessary, and whether any necessary hearing will be conducted by telephone, by video conference via Judge Baisier's Virtual Hearing Room, or in person.

        Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

This 20th day of August 2021.

By:_____/s/
Nicole Carson
Georgia Bar Number 722305
225 Arthur Drive
McDonough, GA 30252
(404) 782-2347
nicole@bk-attorneys.com
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTADIVISION

IN RE:                              )   CHAPTER 7

New Vision Realty & Investments, Inc.     )

                                    )

        Debtor.                    )   CASE NO.  21-55752 - PMB

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within Motion to Extend Automatic Stay and Notice of hearing by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Normandy Capital trust
Attn: Gwendolyn J. Godfrey
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

Normandy Capital
Attn: John R. Morris
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

Gwendolyn J.Godfrey
Polsinelli PC
1201 W Peachtree St NW, #1100
Atlanta, GA 30309

KRT Properties LLC
112 Andi Lane
Anderson, SC 29626

Michael Ainbinder
Toorak Capital Partners LLC
15 Maple St., Second Fl. West
Summit, NJ 07901

NewRez LLC
dba Shellpoint Mortgage Servic
P.O. Box 10826
Greenville, SC 29603

Normandy Capital Trust
c/o Polsinelli
120 West Peachtree St NW #1100
Atlanta, GA 30309


This 20th day of August 2021.

By:                            /s/
Nicole Carson
Georgia Bar Number 722305
225 Arthur Drive
McDonough, GA 30252
(404) 782-2347
nicole@bk-attorneys.com
**Attorney for Debtor**