## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| NEW VISION REALTY & INVESTMENT, INC., | ) |
| | ) Case No. 20-69457-pmb |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE (REGARDING DOCKET NO. 19)

I, Gwendolyn J. Godfrey, certify that I am over the age of 18 and that on August 26, 2021, I caused a copy of *Objection to Debtor's Motion to Extend the Automatic Stay* filed by Normandy Capital Trust, to be served by first class U.S. Mail, with adequate postage prepaid on the persons or entities on the attached list.

Respectfully submitted,

POLSINELLI PC

By: */s/ Gwendolyn J. Godfrey*
 Gwendolyn J. Godfrey
 1201 West Peachtree Street NW, Suite 1100
 Atlanta, GA 30309
 Phone: (404) 253-6029
 Email: ggodfrey@polsinelli.com

COUNSEL FOR NORMANDY CAPITAL TRUST

---

**NOTICE OF APPEARANCE**  Page 1 of 2

2544056.1
79601706.1

## SERVICE LIST

| **Attorney for Debtor** | **Debtor** | **Chapter 7 Trustee** |
|---|---|---|
| Nicole Carson | New Vision Realty & Investments, Inc. | S. Gregory Hays |
| The Carson Law Firm, LLC | 3645 Marketplace Blvd., Unite 1300-593 | Hays Financial Consulting LLC |
| 225 Arthur Dr. | Atlanta, GA 30344 | 2964 Peachtree Rd., #555 |
| McDonough, GA 30252 | | Atlanta, GA 30305 |
| | | |
| **Office of the U.S. Trustee** | KRT Properties LLC | NewRez LLC |
| 362 Richard Russell Bldg. | 112 Andi Lane | d/b/a Shellpoint Mortgage Service |
| 75 Ted Turner Dr. SW | Anderson, SC  29626 | P.O. Box 10826 |
| Atlanta, GA 30303 | | Greenville, SC  29603 |