UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-55752-PMB |
| | : | |
| NEW VISION REALTY & INVESTMENTS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

     This is to certify that on August 31, 2021, I, Michael J. Bargar, caused to be served a true and correct copy of the *Order Approving Employment of Attorneys, Subject to Objection (Hourly Fee)* [Doc No. 26] by first class United States Mail, postage prepaid, on all of those entities set forth at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Nicole Carson
The Carson Firm, LLC
225 Arthur Drive
McDonough, GA 30252

Donald Coleman
New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

Gendolyn J. Godfrey
Polsenelli PC
1201 West Peachtree Street, NW, Suite 1100
Atlanta, GA 30309

     This is to certify further that on August 31, 2021, I, Michael J. Bargar, caused to be served copies of the *Order Approving Employment of Attorneys, Subject to Objection (Hourly Fee)* [Doc No. 26] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

     Respectfully submitted this 31st day of August, 2021.

                                                 ARNALL GOLDEN GREGORY LLP
                                               *Attorneys for Chapter 7 Trustee*

                                               By:*/s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100          Michael J. Bargar
Atlanta, Georgia 30363                     Georgia Bar No. 645709
Phone: (404) 873-8500                      michael.bargar@agg.com

17013759v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 21-55752-pmb<br>Northern District of Georgia<br>Atlanta<br>Tue Aug 31 11:00:20 EDT 2021 | Arnall Golden Gregory LLP<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, GA 30363-1031 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 |
| Nicole Carson<br>The Carson Firm, LLC<br>225 Arthur Drive<br>McDonough, GA 30252-6992 | Morgan Fiander<br>Polsinelli PC<br>42nd Floor<br>600 Third Avenue<br>New York, NY 10016-1924 | Gwendolyn J. Godfrey<br>Polsinelli PC<br>Suite 1100<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309-3471 |
| Gwendolyn J.Godfrey<br>Polsinelli PC<br>1201 W Peachtree St NW, #1100<br>Atlanta, GA 30309-3471 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | KRT Properties LLC<br>112 Andi Lane<br>Anderson, SC 29626-6667 |
| Michael Ainbinder<br>Toorak Capital Partners LLC<br>15 Maple St., Second Fl. West<br>Summit, NJ 07901-5008 | New Vision Realty & Investments, Inc.<br>3645 Marketplace Blvd.<br>Unit 130-593<br>Atlanta, GA 30344-5747 | NewRez LLC<br>dba Shellpoint Mortgage Servic<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Normandy Capital Trust<br>c/o Gwendolyn J. Godfrey<br>Polsinelli PC<br>1201 W. Peachtree St. NW, #1100<br>Atlanta, GA 30309-3471 | Normandy Capital Trust<br>c/o Polsinelli<br>120 West Peachtree St NW #1100<br>Atlanta, GA 30309 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14