# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| NEW VISION REALTY & INVESTMENT, INC., ) | |
| ) | Case No. 21-55752-pmb |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Gwendolyn J. Godfrey, hereby certify that I am over the age of 18 and that on September 21, 2021, I caused a true and correct copy of *Notice of Deposition of New Vision Realty & Investments, Inc.* to be served by First-Class United States Mail, postage prepaid, addressed to:

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd., Unite 1300-593
Atlanta, GA 30344

*Debtor*

Nicole Carson
The Carson Law Firm, LLC
225 Arthur Dr.
McDonough, GA 30252

*Attorneys for Debtor*

S. Gregory Hays
Hays Financial Consulting LLC
2964 Peachtree Rd., #555
Atlanta, GA 30305

*Chapter 7 Trustee*

Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Dr. SW
Atlanta, GA 30303

Arnall Golden Gregory LLP
c/o Michael J. Bargar
171 17th Street NW, Suite 2100
Atlanta, GA 30363

*Proposed Counsel to Trustee*

KRT Properties LLC
c/o Victoria Kealy
The Wright Firm
50 Lenox Pointe NE, Suite B
Atlanta, GA 30324

NewRez LLC
d/b/a Shellpoint Mortgage Service
P.O. Box 10826
Greenville, SC 29603

---

**CERTIFICATE OF SERVICE**                                                                                              Page 1 of 2

I further certify that a true and correct copy of the *Notice of Deposition of New Vision Realty & Investment, Inc.* was served by electronic mail to counsel for Debtor, Nicole Carson, at nicole@bk-attorneys.com.

>Respectfully submitted,
>
>POLSINELLI PC
>
>By: */s/ Gwendolyn J. Godfrey*
>    Gwendolyn J. Godfrey
>    1201 West Peachtree Street NW, Suite 1100
>    Atlanta, GA 30309
>    Phone: (404) 253-6029
>    Email: ggodfrey@polsinelli.com
>
>    Morgan C. Fiander
>    *Admitted Pro Hac Vice*
>    600 Third Avenue, 42nd Floor
>    New York, NY 10016
>    Phone: (212) 413-2838
>    Email: mfiander@polsinelli.com
>
>COUNSEL FOR NORMANDY CAPITAL TRUST