# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 21-55752-PMB |
| | ) | |
| NEW VISION REALTY & INVESTMENTS, INC., | ) ) | CHAPTER 7 |
| | ) | JUDGE BAISIER |
| | ) | |
| Debtor. | | |

## NOTICE OF WITHDRAWAL OF LENDER'S
## LIMITED OBJECTION TO TRUSTEE'S APPLICATION FOR
## APPOINTMENT OF ATTORNEYS [DKT. NO. 37]

COMES NOW, Normandy Capital Trust, by and through its trustee, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust ("Lender"), and files this Notice of Withdrawal of Lender's Limited Objection to Trustee's Application for Appointment of Attorneys, Docket No. 37, filed on September 13, 2021.

Dated: September 27, 2021

POLSINELLI PC

By */s/ Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey
Georgia Bar No. 153004
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309
Phone: (404) 253-6029
Email: ggodfrey@polsinelli.com

Morgan C. Fiander
*Admitted Pro Hac Vice*
600 Third Avenue, 42nd Floor
New York, NY 10016
Phone: (212) 413-2838
Email: mfiander@polsinelli.com

COUNSEL FOR LENDER

80064796