**IT IS ORDERED as set forth below:**



Date: September 28, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-55752-PMB |
| | : | |
| NEW VISION REALTY & INVESTMENTS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS (HOURLY FEE)**

On August 27, 2021, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Arnall Golden Gregory LLP ("**AGG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 23] (the "**Application**"). In the Application, Trustee provided that AGG will represent Trustee on an hourly rate basis.

On August 31, 2021, the Court entered an order [Doc. No. 26] (the "**First Order**"), among other things, granting the Application and authorizing Trustee's employment of AGG, subject to objection within 21-days from entry of the First Order.

17136854v1

On September 13, 2021, Normandy Capital Trustee filed a limited objection to the Application [Doc. No. 37] (the "**Objection**").

On September 14, 2021, Trustee filed a notice [Doc. No. 38], setting the Application and Objection for hearing on September 27, 2021 (the "**Hearing**"), in accordance with the terms of the First Order.

On September 20, 2021, Trustee filed a response to the Objection [Doc. No. 42] (the "**Response**").

On September 27, 2021, Normandy Capital Trust filed a withdrawal of the Objection [Doc. No. 48], and, shortly thereafter, Trustee filed a withdrawal of the Response [Doc. No. 50].

Proposed counsel for Trustee appeared at the calendar call for the Hearing. No creditors or parties in interest appeared to oppose the relief requested in the Application.

The Court having considered the Application and accompanying verified statement along with the entire record in this case; the Application and accompanying verified statement demonstrating that AGG is a firm of attorneys qualified to practice in this Court, that AGG is disinterested and represents no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified, it is hereby:

**ORDERED** and **ADJUDGED** as follows:

1. Under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ AGG as Trustee's attorney during this Chapter 7 case.

2. No compensation shall be paid to AGG until the Court has allowed such compensation in accordance with 11 U.S.C. § 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, notice of which shall be

17136854v1

served on all requisite parties in interest, including Debtor, Debtor's counsel, Trustee, and the United States Trustee.[1]

AGG is directed to serve a copy of this Order on the Debtor, counsel for the Debtor, the United States Trustee, all counsel that have filed a request for notices in this case, and all creditors that have filed a proof of claim in this case, and to file with the Court a Certificate of Service indicating such service, all within three (3) business days of the entry of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-8500

*Proposed Attorneys for Trustee*

---

[1] See the United States Trustee Guidelines for Reviewing Applications for Compensation.

17136854v1

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 21-55752-pmb

New Vision Realty & Investments, Inc. Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2

Date Rcvd: Sep 29, 2021      Form ID: pdf408      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New Vision Realty & Investments, Inc., 3645 Marketplace Blvd., Unit 130-593, Atlanta, GA 30344-5747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gwendolyn J. Godfrey | on behalf of Creditor Normandy Capital Trust ggodfrey@polsinelli.com |
| Michael J. Bargar | on behalf of Plaintiff S. Gregory Hays as Chapter 7 Trustee for New Vision Realty & Investments Inc. michael.bargar@agg.com, carol.stewart@agg.com |
| Michael J. Bargar | on behalf of Trustee S. Gregory Hays michael.bargar@agg.com carol.stewart@agg.com |
| Morgan Fiander | on behalf of Creditor Normandy Capital Trust mfiander@polsinelli.com |
| Nicole Carson | on behalf of Debtor New Vision Realty & Investments Inc. nicole@bk-attorneys.com, carsoncourtnotices@gmail.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf408 | Total Noticed: 1 |

ustpregion21.at.ecf@usdoj.gov

S. Gregory Hays

ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

TOTAL: 7