**IT IS ORDERED as set forth below:**



Date: October 25, 2021

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| NEW VISION REALTY & INVESTMENTS, INC.,: | |
| : | CASE NO. 21-55752-PMB |
| Debtor. : | |
| : | |

**ORDER GRANTING MOTION FOR DOCUMENT PRODUCTION PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

The Motion of S. Gregory Hays (the "**Movant**"), as Chapter 7 Trustee for New Vision Realty & Investments, Inc., for an order pursuant to Federal Rule of Bankruptcy Procedure 2004 to authorize a document production by Bank of America, N.A., filed herein on October 20, 2021 [Doc. No. 54] (the "**Motion**"),[1] having been read and considered, it is

**ORDERED** that the Motion be, and the same hereby is **granted** as follows:  pursuant to Fed. R. Bankr. P. 2004, the Movant is authorized to proceed with a document production by

---

[1] In the Motion, Movant is not seeking an examination of Bank of America, N.A., but instead is seeking only a document production.

17264871v1

Bank of America, N.A. in accordance with Fed. R. Bankr. P. 2004 at a mutually agreed date, time, and place.  It is further

**ORDERED** that if production of designated documents cannot be obtained voluntarily, the Movant may compel production of documents as stated in Fed.R.Bankr.P. 2004(c) in the manner provided in Fed.R.Bankr.P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45. It is further

**ORDERED** that Bank of America, N.A. shall timely respond to any document requests made by the Movant in accordance with Fed.R.Bankr.P. 2004(c). Bank of America, N.A may assert written objections in good faith to the requests as if such requests had been served pursuant to Fed.R.Bankr.P. 7034, and shall produce to the Movant all responsive documents that are not subject to a valid timely asserted objection.

The Clerk is directed to serve a copy of this Order upon counsel for the Debtor, counsel for the Movant, Bank of America, N.A, Movant, and the United States Trustee.

[END OF DOCUMENT]

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*


By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    GA Bar No. 645709
    michael.bargar@agg.com
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Phone (404) 873-8500
Fax    (404) 873-8501

17264871v1

**DISTRIBUTION LIST**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Nicole Carson
The Carson Firm, LLC
225 Arthur Drive
McDonough, GA 30252

Donald Coleman
New Vision Realty & Investments, Inc.
3645 Marketplace Blvd., Unit 130-593
Atlanta, GA 30344

Bank of America, N.A.
c/o CT Corporation System
289 S. Culver St
Lawrenceville, GA 30046

Brian T. Moynihan
Bank of America, N.A.
100 North Tyron St
Charlotte, NC 28202

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363

17264871v1