UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | :    CHAPTER 7 |
| NEW VISION REALTY & INVESTMENTS, INC.,: | |
| | :    CASE NO. 21-55752-PMB |
| Debtor. | : |
| | : |

**MOTION FOR DOCUMENT PRODUCTION
BY SOLOMON BAGGETT, LLC UNDER RULE 2004 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") for the bankruptcy estate (the "**Bankruptcy Estate**") of New Vision Realty & Investments, Inc. ("**Debtor**"), and files this *Motion for Document Production by Solomon Baggett, LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**"),[1] seeking an Order requiring Solomon Baggett, LLC (the "**Solomon Firm**") to produce certain documents and information to Trustee under Rule 2004 of the Federal Rules of Bankruptcy Procedure, and in support thereof respectfully shows this Court as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

---

[1] Trustee is not at this time seeking to conduct a formal examination of the Solomon Firm.

17601673v1

## Background

### a. General Background

2. Debtor initiated the underlying bankruptcy case (the "**Case**" or "**Bankruptcy Case**") by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") on August 2, 2021 (the "**Petition Date**").

3. Trustee was thereafter appointed and remains the duly acting Chapter 7 trustee in this case.

4. At the commencement of Debtor's bankruptcy case, the Bankruptcy Estate was created and that Bankruptcy Estate includes all Debtor's legal or equitable interests in property as of the commencement of the Case and any interest in property that the estate acquires after commencement of the bankruptcy case. 11 U.S.C. § 541(a)(1) and (7) (2020). Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a) (2020).

### b. Foreclosure of Debtor's Gresham Park Property

5. On or about December 3, 2019, a Deed Under Power was executed for the Debtor to transfer to sell certain property located at 1882 Boulderview Drive, Atlanta, Georgia (the "**Gresham Park Property**") to Secured Investment High Yield Fund II, LLC.

6. The Deed Under Power in the upper left corner of the first page that a recorded copy should be returned to the Solomon Firm (with identifying Map Parcel No. 15 109 03 011).

7. On information and belief, the Solomon Firm handled the foreclosure of the Debtor's Gresham Park Property.

## Relief Requested

8. Trustee requests an order from the Court requiring the Solomon Firm to produce, on or before February 6, 2022 at 11:00 a.m. at the law offices of Arnall Golden Gregory LLP at

17601673v1

171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, or some other mutually agreeable time and place, for review by counsel for Trustee, any and all records and items listed on Exhibit "A," attached hereto and incorporated herein by reference.

## Basis for Relief

9. Rule 2004 provides that any party in interest, including a creditor, may examine any other entity about the financial affairs of a debtor. Fed. R. Bankr. P. 2004.

10. Because Trustee is a party in interest, it is well within the Court's discretion to grant the relief requested in this Motion. Indeed, the requested document production is necessary for Trustee to evaluate fully the interest of the Bankruptcy Estate in the Gresham Park Property, to evaluate and outstanding tax obligations of Debtor, and to investigate possible avoidance actions against any transferees to whom Debtor made transfers.

WHEREFORE, Trustee respectfully requests that this Court:

(a) Enter an order directing the Solomon Firm to produce the documents and items requested herein at a mutually agreeable time and place; and

(b) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 18th day of January, 2022.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
   Michael J. Bargar
   Georgia Bar No. 645709
   michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500 (telephone)

17601673v1

## EXHIBIT "A"

<u>Definitions</u>

A. As used herein, the term "**document**" is intended to have the broadest permissible meaning under the Federal Rules of Civil Procedure and shall mean any written, printed, recorded, taped, electromagnetically recorded or encoded, electronically stored, graphic or other matter of every type and description that is or has been in the possession, custody, or control of you or any of your agents and attorneys, or of which you have knowledge, and shall include without limitation, the following: letters, correspondence, affidavits, declarations, statements, books, articles, reprints, resolutions, minutes, communications, messages, e-mails, electronic communications, electronically stored information, notes, loan documents, collateral documents, stenographic or handwritten notes, memoranda, diaries, contracts, subcontracts, bids, worksheets, drafts, agreements, records, resumes, invoices, receipts, bills, cancelled checks, financial statements, audit reports, tax returns, calendars, schedules, summaries, studies, calculations, estimates, diagrams, sketches, drawings, plans, photographs, tapes, videotapes, movies, recordings, transcriptions, work orders, computer print-outs, computer disks, data processing cards, data storage cards, and the like; and where originals of such documents are not available or are not in your possession, custody or control, every copy of every such document; and every copy of every such document where such copy is not an identical copy of the original or where such copy contains any commentary or notation whatsoever which does not appear on the original.

B. As used herein, the term "**Debtor**" shall refer to New Vision Realty & Investments, Inc, 3645 Marketplace Blvd., Unit 130-593, Atlanta, GA 30344, TIN-**22334, its authorized agents, attorneys, representatives, and any other person that is acting or has ever acted for or on behalf of it.

C. As used herein, the term "**Petition Date**" shall refer to August 2, 2021.

17601673v1

<u>Document and Information Request</u>

1) Copies of the HUD-1 Closing Statement or Settlement Statement for the foreclosure sale of the Debtor's Gresham Park Property (Map Parcel No. 15 109 03 011) (with address of 1882 Boulderview Drive, Atlanta, Georgia).

17601673v1

## CERTIFICATE OF SERVICE

I, Michael J. Bargar, hereby certify that I have this day caused to be served the following parties with a true and correct copy of the foregoing *Motion for Document Production by Solomon Baggett, LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure* by first class United States Mail as indicated, to the following entities at the addresses stated:

**First Class Mail**
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**First Class Mail**
S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

**First Class Mail and E-Mail**
Nicole Carson
The Carson Firm, LLC
225 Arthur Drive
McDonough, GA 30252
Email: nicole@bk-attorneys.com

**First Class Mail**
Donald Coleman
New Vision Realty & Investments, Inc.
3645 Marketplace Blvd., Unit 130-593
Atlanta, GA 30344

**First Class Mail**
Lisa Baggett
Solomon Baggett, LLC
3763 Rogers Bridge Road
Duluth, GA  30097

17601673v1

This 18th day of January, 2022.

          */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

17601673v1