**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO. 21-55752-PMB |
| | ) | |
| NEW VISION REALTY & INVESTMENTS, INC., | ) ) | CHAPTER 7 |
| | ) | JUDGE BAISIER |
| | ) | |
| Debtor. | | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF LENDER'S**
**MOTION TO DISMISS [DKT. NO. 35-36]**

COMES NOW, Normandy Capital Trust, by and through its trustee, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust ("Lender"), and files this Notice of Withdrawal Without Prejudice, of Lender's Motion to Dismiss, Docket Nos. 35-36, filed on September 13, 2021. Lender hereby reserves the right to move at a later time to dismiss the case.

Dated: March 8, 2022

POLSINELLI PC

By */s/ Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey
Georgia Bar No. 153004
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309
Phone: (404) 253-6029
Email: ggodfrey@polsinelli.com

Morgan C. Fiander
*Admitted Pro Hac Vice*
600 Third Avenue, 42nd Floor
New York, NY 10016
Phone: (212) 413-2838
Email: mfiander@polsinelli.com

COUNSEL FOR LENDER

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2022, I electronically filed the foregoing *Notice of Withdrawal of Motion* with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the Notice to be placed in the first-class United States mail, postage prepaid, addressed to the recipients on the attached list.

Dated: March 8, 2022                    */s/ Gwendolyn J. Godfrey*
                                        Gwendolyn J. Godfrey
                                        Georgia Bar No. 153004
                                        1201 West Peachtree Street NW, Suite 1100
                                        Atlanta, GA 30309
                                        Phone: (404) 253-6029
                                        Email: ggodfrey@polsinelli.com

## SERVICE LIST

**Attorney for Debtor**
Nicole Carson
The Carson Law Firm, LLC
225 Arthur Dr.
McDonough, GA 30252

**Office of the U.S. Trustee**
362 Richard Russell Bldg.
75 Ted Turner Dr. SW
Atlanta, GA 30303

**Proposed Counsel to Trustee**
Arnall Golden Gregory LLP
c/o Michael J. Bargar
171 17th Street NW, Suite 2100
Atlanta, GA 30363

**Debtor**
New Vision Realty & Investments, Inc.
3645 Marketplace Blvd., Unite 1300-593
Atlanta, GA 30344

KRT Properties LLC
c/o Victoria Kealy
The Wright Firm
50 Lenox Pointe NE, Suite B
Atlanta, GA  30324

**Chapter 7 Trustee**
S. Gregory Hays
Hays Financial Consulting LLC
2964 Peachtree Rd., #555
Atlanta, GA 30305

NewRez LLC
d/b/a Shellpoint Mortgage Service
P.O. Box 10826
Greenville, SC  29603

82442803
82442803