*Form 3004* (11/20)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**New Vision Realty & Investments, Inc.**
3645 Marketplace Blvd.
Unit 130−593
Atlanta, GA 30344

46−1622334

Case No.: **21−55752−pmb**
Chapter: **7**

# NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

TO: Department of Treasury − Internal Revenue Service

Pursuant to Bankruptcy Rule 3004, notice is hereby given that the debtor or trustee in the above captioned case filed a proof of claim on your behalf in the amount of $41268.00 on February 28, 2022, Claim No. 4.

You are further notified that if you disagree with the amount or nature of the claim or want to file an amended claim, you may do so by filing Official Form B410 (Proof of Claim), which can be obtained at any bankruptcy clerk's office or at: https://www.uscourts.gov/forms/bankruptcy−forms.

Claims can be filed electronically by registered users at: http://ecf.ganb.uscourts.gov or can be hand−delivered or mailed to the Clerk's Office at:

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dated: 3/9/22

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 21-55752-pmb |
| New Vision Realty & Investments, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2022 | Form ID: 3004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New Vision Realty & Investments, Inc., 3645 Marketplace Blvd., Unit 130-593, Atlanta, GA 30344-5747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 23770261 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2022 20:11:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23767082 | *+ | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 11, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Austin E. James | on behalf of Defendant Normandy Capital Trust austin.james@fnf.com  erikka.guy@fnf.com |
| Gwendolyn J. Godfrey | on behalf of Creditor Normandy Capital Trust ggodfrey@polsinelli.com |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 3004 | Total Noticed: 2 |

Michael J. Bargar
    on behalf of Plaintiff S. Gregory Hays  as Chapter 7 Trustee for New Vision Realty & Investments Inc. michael.bargar@agg.com, carol.stewart@agg.com

Michael J. Bargar
    on behalf of Trustee S. Gregory Hays michael.bargar@agg.com  carol.stewart@agg.com

Morgan Fiander
    on behalf of Creditor Normandy Capital Trust mfiander@polsinelli.com

Nicole Carson
    on behalf of Debtor New Vision Realty & Investments  Inc. nicole@bk-attorneys.com, carsoncourtnotices@gmail.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

S. Gregory Hays
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

TOTAL: 8