**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : **CASE NO: 21-55752-PMB** |
| | : **CHAPTER: 7** |
| | : |
| **NEW VISION REALTY &** | : |
| **INVESTMENTS, INC.** | |
|     Debtor | : |
| | : |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES**

TOORAK CAPITAL PARTNERS, LLC (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of Rubin Lublin, LLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

Rubin Lublin, LLC

By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I, Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the Notice of Appearance to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Nicole Carson, Esq.
225 Arthur Drive
McDonough, GA 30252

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

United States Trustee
Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


This 1st day of June, 2022

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor