**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 21-55752-PMB |
| | : CHAPTER: 7 |
| | : |
| **NEW VISION REALTY &** | : |
| **INVESTMENTS, INC.** | |
| Debtor | : |
| | : |

## WITHDRAWAL OF NOTICE OF APPEARANCE

Comes now TOORAK CAPITAL PARTNERS, LLC, a secured creditor of the above-named Debtor, and respectfully requests that the Notice of Appearance filed in the above-styled case on June 1, 2022 at Doc No. 102 be **WITHDRAWN**.

This 1st day of June 2022

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

Nicole Carson, Esq.
The Carson Law Group, LLC
225 Arthur Drive
McDonough, GA 30252

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

United States Trustee
Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


Executed on 6/1/22

By: /s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor