UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| NEW VISION REALTY & INVESTMENTS, INC., | : | CASE NO. 21-55752-PMB |
| | : | |
| | : | JUDGE BAISIER |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On June 14, 2022, the Trustee sold real property of the estate known as 2562 Meadow Lark Drive, East Point, GA 30344 ("**Property**") to Rezwanul Islam Rajib and Nuri Fatema ("**Purchasers**") for $407,000.00 as ordered and approved by the Court on June 10, 2022 [Doc. No. 104].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchasers and has received net funds of $270,467.95 from the sale with all unpaid, valid, and enforceable liens, claims, interests, and encumbrances attaching to the sale proceeds with the same extent, validity, and priority that they held in the Property.

Respectfully submitted this 22nd day of June, 2022.

/s
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

**Settlement Date:** 06/14/2022
**Disbursement Date:** 06/14/2022
**Settlement Location:** 5565 Glenridge Connector. Suite 350, Atlanta, GA 30342
**File Number:**
**Lender:** Rate Rabbit Inc.
**Loan Type:** FHA
**Borrower:** Rezwanul Islam Rajib and Nuri Fatema
2562 Meadow Lark Drive
East Point, GA 30344

**Seller:** S. Gregory Hays, as and only as Trustee for the Bankruptcy Estate of New Vision Realty & Investments, Inc.
171 17th Stsreet, NW
Suite 2100
Atlanta, GA 30363

**Property location:** 2562 Meadow Lark Drive
East Point, GA 30344
**Tax Parcel No:** 14 -0195-0006-031-5

|  | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** |  |  |
| Sale Price of Property |  | 407,000.00 |
| **Prorations/Adjustments** |  |  |
| City Taxes ($912.45) 01/01/22 _06/14/22 | 409.98 |  |
| County Taxes ($1535.56) 01/01/22 _06/14/22 | 689.95 |  |
| **Commissions** |  |  |
| Commission- Listing Agent to Humphries & King Realty, LLC | 12,210.00 |  |
| Commission- Selling Agent to Coldwell Banker Realty | 12,210.00 |  |
| **Miscellaneous Debits/Credits** |  |  |
| Title - Vesta Report to Campbell & Brannon - Reimbursement | 35.00 |  |
| Reimbursement for Supra IBox to JOhn Ball | 99.41 |  |
| Payoff to KRT Properties, LLC to KRT Properties, LLC | 108,351.77 |  |
| 2021 city of East Point taxes to City of East Point Tax Commissioner | 990.38 |  |
| 2021 Fulton county taxes to Fulton County Tax Commissioner | 1,535.56 |  |
| **Subtotals** | 136,532.05 | 407,000.00 |
| **Balance Due TO Seller** | 270,467.95 |  |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

Nicole Carson
The Carson Law Group, LLC
225 Arthur Drive
Mcdonough, GA 30252

Wendy Godfrey
Polsinelli PC
1201 West Peachtree Street, NW
Suite 1100
Atlanta, GA 30309

This 22nd day of June, 2022.

                                                 /s *S. Gregory Hays*
                                                 S. Gregory Hays
                                                 Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060