

**IT IS ORDERED as set forth below:**

**Date: January 27, 2023**

_Paul Baisier_
_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
| NEW VISION REALTY & INVESTMENTS, | ) | CASE NO. 21-55752-PMB |
| INC., | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

On January 26, 2023, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the

bankruptcy estate (the "**Bankruptcy Estate**") of New Vision Realty & Investments, Inc., filed a

motion for authority to pay administrative expenses of the Bankruptcy Estate, seeking authority to

pay $1,546.00 to the Georgia Department of Revenue for State income taxes and $5,647.00 to the

Internal Revenue Service for federal income taxes for taxes arising out of the sale of that certain

real property with a common address of 2562 Meadow Lark Drive, East Point, Fulton County,

Georgia 30344  [Doc. No. 119] (the "**Motion**").

In the Motion, Trustee shows that there are sufficient funds in the Bankruptcy Estate with which to make the foregoing payment, and Trustee submits that such expenses were actual and necessary expenses that benefitted the Bankruptcy Estate.

The Court having considered the Motion and all other matters of record and finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: Trustee is authorized to pay $1,546.00 to the Georgia Department of Revenue for State income taxes and $5,647.00 to the Internal Revenue Service for federal income taxes.

**[END OF DOCUMENT]**

Order prepared and presented by:

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Nicole Carson
The Carson Firm, LLC
225 Arthur Drive
McDonough, GA 30252

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Ste. 350
Atlanta, GA 30329